IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NICOLA ALTIERI | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : : | NO. 09-2342 |

# **O R D E R**

AND NOW, this 16th day of May, 2011, upon consideration of Plaintiff's Motion to Preclude (Doc. 32), and the response thereto (Doc. 33), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE